## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 09, 2017

Moses Kim
Insley and Race, LLC
181 14TH ST NE STE 200
ATLANTA, GA 30309

Appeal Number: 16-16593-BB
Case Style: Cynthia Linthicum, et al v. Mendakota Insurance Company
District Court Docket No: 4:15-cv-00023-WTM-GRS

We have received your Appearance of Counsel Form. According to our records, you are a member of the Eleventh Circuit bar in inactive status. Unless an attorney is appearing on behalf of the United States, a federal public defender, appointed by a federal court under the Criminal Justice Act or otherwise appointed to represent a party proceeding in forma pauperis, an attorney in inactive status may not practice before the court. See 11th Cir. R. 46-2.

Please complete and return a Bar Membership Renewal Form , available on the internet at www.ca11.uscourts.gov, along with the required fee. See 11th Cir. R. 46-2. We will withhold entry of your appearance in this appeal pending renewal of your bar membership.

**Please be advised that once you've become active, please refile your appearance of counsel form and update your address thru pacer.gov.**

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Carol R. Lewis, BB
Phone #: (404) 335-6179

ATTY-1A Inactive status letter