UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 23, 2017

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 16-16593-BB
Case Style: Cynthia Linthicum, et al v. Mendakota Insurance Company
District Court Docket No: 4:15-cv-00023-WTM-GRS

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Carol R. Lewis, BB/lt
Phone #: (404) 335-6179

MOT-2 Notice of Court Action