IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

───────────────

No. 16-16593-BB

───────────────

CYNTHIA DYCHES LINTHICUM,
CHRISTOPHER MARTIN LINTHICUM,
Natural Parents of Redacted, Deceased,
as Assignees of Bobby James Hopkins, II,

                              Plaintiffs - Appellants,

versus

MENDAKOTA INSURANCE COMPANY,

                              Defendant - Appellee.

───────────────

Appeal from the United States District Court
for the Southern District of Georgia

───────────────

ORDER:

    The motion for leave to file amicus brief in support of Appellants' petition for panel rehearing filed by The Heirs of Kimberly Walker is denied.

                                                                       UNITED STATES CIRCUIT JUDGE