IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

No. 16-16593-BB

---

CYNTHIA DYCHES LINTHICUM,
CHRISTOPHER MARTIN LINTHICUM,
Natural Parents of Redacted, Deceased,
as Assignees of Bobby James Hopkins, II,

                              Plaintiffs - Appellants,

versus

MENDAKOTA INSURANCE COMPANY,

                              Defendant - Appellee.

---

Appeal from the United States District Court
for the Southern District of Georgia

---

BEFORE: MARCUS, WILLIAM PRYOR and FAY, Circuit Judges.

PER CURIAM:

The petition for panel rehearing filed by Appellants Cynthia and Christopher Linthicum is DENIED.


ENTERED FOR THE COURT:

_[signature]_
UNITED STATES CIRCUIT JUDGE

ORD-41